# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN TURNER, JR.,<br><br>                              Plaintiff,<br><br>         vs.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>                              Defendants. | CASE NO. 19cv268-LAB (BLM)<br><br>**ORDER CLOSING CASE** |

On March 5, 2019, this Court screened pro se plaintiff David Turner's complaint under 28 U.S.C. § 1915(e) and dismissed it for failure to state a claim. The Court instructed Turner that if he believed his complaint could be saved by amendment, he should file an amended complaint no later than March 26, 2019. That date has come and gone, but Turner has not amended. The clerk is directed to **CLOSE** this case, and Turner's Motion to Proceed IFP is **DENIED AS MOOT**. Dkt. 2.

**IT IS SO ORDERED.**

Dated: April 4, 2019

_____

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge